# EXHIBIT 1-

## Complaint

Int. Cls.: 6, 9, 12, 14, 16, 18, 21, 24, 25, 27, 28, 30
and 34
Prior U.S. Cls.: 1, 2, 3, 5, 8, 13, 19, 21, 22, 23, 25, 26,
27, 28, 29, 37, 38, 39, 42, 46 and 50          Reg. No. 1,908,112
United States Patent and Trademark Office    Registered Aug. 1, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## NASCAR

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC. (FLORIDA CORPORATION)
P.O. BOX 2875
DAYTONA BEACH, FL 321152875

FOR: COMMON METALS; NAMELY, KEY CHAINS, LICENSE PLATES AND PINS, IN CLASS 6 (U.S. CLS. 13, 25 AND 50).

FIRST USE 11-29-1991; IN COMMERCE 11-29-1991.

FOR: SCIENTIFIC APPARATUS; NAMELY AM/FM RADIO HEADSETS, ELECTRONIC MICROPHONES, GUMBALL MACHINES, SUNGLASSES, TELEPHONES, VIDEO CASSETTES ON THE SUBJECT OF STOCK CAR AUTO RACING, AND WALKIE TALKIES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 2-3-1991; IN COMMERCE 2-3-1991.

FOR: MUD GUARDS FOR MOTOR VEHICLES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 6-0-1992; IN COMMERCE 6-0-1992.

FOR: PRECIOUS METALS; NAMELY, SILVER MEDALLIONS, BRONZE MEDALLIONS, STOP WATCHES AND WRIST WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

FOR: PAPER ARTICLES, NAMELY BUMPER STICKERS, CALENDARS, DISPLAY COUNTER UNITS FOR TRADING CARDS, COMIC BOOKS, DECALS, DRIVER'S IDENTIFICATION CARDS, BOOK COVERS, MEMO PADS, PENS, PENCIL, MOUNTED AND UNMOUNTED PHOTOGRAPHS, UNCALIBRATED PLASTIC RULERS, PLACEMATS, NOTEBOOKS, THREE RING BINDERS, TRADING CARDS, GRAPHIC APPLICATIONS FOR AUTOMOBILES AND TRADING CAR ALBUMS, LAMINATED BANNERS, LAMINATED SIGNS, PENCIL BAGS, AND RUBBER ARTICLES, NAMELY ERASERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-0-1990; IN COMMERCE 3-0-1990.

FOR: LEATHER AND LEATHER IMITATIONS; NAMELY, BACK PACKS, CREDENTIAL HOLDERS, WALLETS, FANNY PACKS, AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1 AND 3).

FIRST USE 5-27-1992; IN COMMERCE 5-27-1992.

FOR: HOUSEHOLD UTENSILS; NAMELY, BATTERY OPERATED TOOTHBRUSHES WITH PLASTIC CAR STAND, MUGS, SHOT GLASSES, DRINKING GLASSES, FRUIT JARS, SALT AND PEPPER SHAKERS, DECANTERS, AND PLASTIC SPORT BOTTLES, IN CLASS 21 (U.S. CLS. 2, 21 AND 29).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

FOR: TEXTILE GOODS; NAMELY, BEACH TOWELS, BEDSPREADS, BLANKETS, COMFORTERS, PILLOWCASES, PILLOW SHAMS, SHEETS, WINDOW TREATMENTS; NAMELY, CURTAINS AND DRAPERIES; CLOTH BANNERS, AND SLUMBER BAG CARRIERS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 6-7-1991; IN COMMERCE 6-7-1991.

Case 3:26-cv-00602-KDB-DCK     Document 1-1     Filed 07/27/26     Page 2 of 9

2  1,908,112

FOR: CLOTHING; NAMELY, CAPS, BASE-BALL HATS, SWEAT SHIRTS, SWEAT PANTS, FOOTWEAR, GOLF SHIRTS, JACKETS, KNIT CAPS, PANTS, VESTS, SHORTS, STRAW HATS, SWEATERS, TANK TOPS, T-SHIRTS AND VISORS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-13-1974; IN COMMERCE 8-13-1974.

FOR: FLOOR MATS FOR MOTOR VEHI-CLES, IN CLASS 27 (U.S. CL. 50).

FIRST USE 6-0-1992; IN COMMERCE 6-0-1992.

FOR: GAMES AND PLAYTHINGS; NAMELY, BATTERY OPERATED RIDE-ON PLASTIC CARS, BATTERY OPERATED PINBALL MA-CHINES, BOARD GAMES, DIE CAST MINIA-TURE CARS, DIE CAST MINIATURE TRUCKS, ELECTRONIC DRIVING GAMES, ELECTRON-IC ROAD RACING SETS, ELECTRONIC SLOT CARS, EXTRA RACE TRACK, PLASTIC ACTION FIGURES, BATTERY OPERATED DASHBOARD DRIVING GAMES, CORRUGAT-ED RACE TRACK, MINIATURE TROPHIES, PLASTIC MODEL CARS, PLASTIC WALL RACERS, PLUSH STUFFED ANIMALS, POOL CUES, PUZZLES, RADIO CONTROL CARS AND TOYS, NAMELY MINIATURE WIND-UP VEHICLE AND VEHICLE LAUNCHER, IN CLASS 28 (U.S. CL. 22).

FIRST USE 5-21-1990; IN COMMERCE 5-21-1990.

FOR: EDIBLE GOODS; NAMELY, CHOCO-LATE CANDY BARS AND COOKIES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-25-1991; IN COMMERCE 2-25-1991.

FOR: SMOKERS ARTICLES; NAMELY, ASH-TRAYS, IN CLASS 34 (U.S. CL. 8).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 817,553, 1,054,100 AND OTHERS.

SER. NO. 74-331,866, FILED 11-12-1992.

CARYN HINES, EXAMINING ATTORNEY

Case 3:26-cv-00602-KDB-DCK    Document 1-1    Filed 07/27/26    Page 3 of 9

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,388,088**

**Registered Jan. 23, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

National Association for Stock Car AutoRacing, Inc. (FLORIDA CORPORATION)
Attn: Legal Department
One Daytona Blvd.
Daytona Beach, FLORIDA 32114

CLASS 25: Clothing, namely, caps, hats, baseball hats, straw hats, visors, tops, collared shirts, sport shirts, golf shirts, t-shirts, tank tops, sweaters, sweat shirts, jackets, coats, rainwear, sweat pants, pants, shorts, nightgowns, pajamas, robes, vests, socks, belts, shoes, and footwear

FIRST USE 12-1-2016; IN COMMERCE 12-1-2016

The color(s) yellow, red, blue and black is/are claimed as a feature of the mark.

The mark consists of the black word "NASCAR" in stylized font; to the left of the wording are a blue bar, two red bars and two yellow bars, which diminish in thickness from right to left.

OWNER OF U.S. REG. NO. 1054100, 1850527, 0990987

SER. NO. 87-271,844, FILED 12-16-2016

_Joseph Matal_

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,578,788**

**Registered Oct. 09, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

National Association for Stock Car AutoRacing, Inc. (FLORIDA CORPORATION)
Attn: Legal Department
One Daytona Blvd.
Daytona Blvd., FLORIDA 32114

CLASS 25: Clothing, namely, caps, hats, baseball hats, headwear, visors, tops, collared shirts, sports shirts, golf shirts, t-shirts, tank tops, sweaters, sweat-shirts, jackets

FIRST USE 1-1-2017; IN COMMERCE 1-1-2017

The color(s) blue, red, and yellow is/are claimed as a feature of the mark.

The mark consists of A blue bar, two red bars, and two yellow bars, which diminish in thickness from right to left.

SER. NO. 87-751,881, FILED 01-11-2018



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,196,869**

**Registered Nov. 10, 2020**

**Int. Cl.: 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

NATIONAL ASSOCIATION FOR STOCK CAR AUTORACING, LLC  (FLORIDA LIMITED LIABILITY COMPANY)
One Daytona Boulevard
Daytona Beach, FLORIDA 32114

CLASS 25: clothing, namely, caps being headwear, hats, baseball hats, visors, tops, collared shirts, sport shirts, golf shirts, t-shirts, tank tops, sweat shirts, and jackets

FIRST USE 12-5-2019; IN COMMERCE 12-5-2019

CLASS 41: Entertainment services, namely, conducting motorsports racing events; regulating, governing, and sanctioning motorsports racing events; providing an online database featuring news and information regarding motorsports via computer information networks, global networks and wireless networks; entertainment services, namely, programs featuring motorsports racing and news, information, and developments regarding motorsports racing, all rendered through television and radio

FIRST USE 12-5-2019; IN COMMERCE 12-5-2019

The mark consists of a rectangle with rounded corners, inset with a smaller rectangle with rounded corners. The word "NASCAR" in stylized font appears within both rectangles. To the left of "NASCAR" are bars that diminish in thickness from right to left, and below "NASCAR" are the words "CUP SERIES" in stylized font appearing between two horizontal lines.

No claim is made to the exclusive right to use the following apart from the mark as shown: "CUP SERIES"

SER. NO. 88-722,847, FILED 12-11-2019





Director of the United States
Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────────────┐
│       REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION     │
│                                                                       │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE  │
│         DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.             │
└─────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.