# EXHIBIT 2 -

# Complaint

[REMOVED FROM PUBLIC DOCKET]