**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 3:26-cv-00602

**PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

National Association for Stock Car Auto Racing, LLC respectfully moves to extend the effective period of the Temporary Restraining Order entered by the Court August 17, 2026 ("TRO") [Dkt. #8] by a period of fourteen (14) days, extending the current deadline of August 31, 2026 until September 14, 2026. This extension is necessary because the third party e-commerce platforms through which Defendants operate have not yet fulfilled all their obligations under the TRO, including providing Plaintiff with Defendants' email addresses. Therefore, Plaintiff cannot yet provide the Defendants with notice of the upcoming Preliminary Injunction hearing, currently scheduled for August 31, 2026. Plaintiff therefore respectfully requests that the TRO be extended until September 14, 2026 and that the Preliminary Injunction hearing and briefing deadlines be reset accordingly.

A Memorandum of Law in support of this Motion has been filed contemporaneously with this Motion.

Date: August 22, 2026

*/s/ Eric L. Register*
Eric L. Register
North Carolina Bar No. 23449
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 372-1155
Email: eregister@whitewoodlaw.com

*Counsel for Plaintiff*