IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 3:26-cv-00602-KDB-MTO

**PLAINTIFF'S RENEWED MOTION FOR LEAVE TO SERVE DEFENDANTS ELECTRONICALLY**

National Association for Stock Car Auto Racing, LLC ("Plaintiff") hereby renews its motion seeking entry of an order authorizing service of process on Defendants by electronic means pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

In support of this Motion, Plaintiff submits the accompanying memorandum of law and Second Declaration of Eric L. Register filed concurrently herewith. A proposed Order is also submitted with this Motion.

Dated: November 10, 2026

Respectfully submitted,

*<u>/s/ Eric L. Register</u>*
Eric L. Register
North Carolina Bar No. 23449
Ryan E. Carreon, *pro hac vice*
Delaware Bar No. 7305
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 372-1155

eregister@whitewoodlaw.com
rcarreon@whitewoodlaw.com

*Counsel for Plaintiff*